UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYMOND SANDERS

4081 MINNESOTA AVENUE, NE, APT. #32

WASHINGTON, D.C. 20019

(202)832-5204 HOME

(202)904-1944 CELL

PLAINTIFF

Case: 1:08-cv-00497
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/24/2008
Description: Civil Rights-Non. Employ.

JURY ACTION

VS.

NATION AUTO

4533 ST. BARNABAS ROAD

TEMPLE HILLS, MARYLAND 20748

COMPLAINT

     I, Raymond Sanders, hereinafter referred to as Plaintiff, respectfully move this Honorable Court pursuant to the applicable rules and laws of the United States Code and Federal Rules of Civil Procedure to order Nation Auto, hereinafter referred to as Defendant, redress Plaintiff for mail fraud and false and deceptive advertisement. Plaintiff move this Honorable Court to order Defendant to cease and desist such fraudulent, false and deceptive advertisement. Moreover, this civil action respectfully move this court to order Defendant to pay damages in the sum of one-hundred-thousand dollars ($100,000.00).

     Furthermore, Plaintiff, Pro Se, move this Honorable Court for a trial by jury. In support of this civil action Plaintiff states as follows:

RECEIVED

FEB - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1. Around September 24, 2007 Plaintiff received an advertisement in the mail from Nation Auto. (Exhibit #1-A and 1-B)
2. Said advertisement stated Plaintiff would receive a "$5,000 Gift Certificate" if Plaintiff have the "...winning hand".
3. Said advertisement also stated that, if Plaintiff have the winning hand, "Must Redeem Prize At Nation Auto" and that "No Purchase Necessary".
4. Plaintiff scratched advertisement as instructed which indicated Plaintiff had the winning hand (10, Jack, Queen, King and Ace of Heart).
5. Plaintiff called the toll free telephone number on said advertisement (1-800-509-9492) and a computerized voice instructed to enter the confirmation code.
6. After Plaintiff entered the confirmation code (4693) said computerized voice stated "you have won a five-thousand dollar gift certificate".
7. Plaintiff did not have personal transportation at this time and because of transportation problem Plaintiff needed to be certain of winning before paying to be driven to Defendant's location.
8. Plaintiff contacted Defendant to ascertain whether advertisement in re "no purchase necessary" (hereinafter referred to as "npn") was literal and was informed that Plaintiff would not be required to make a purchase if Plaintiff won.
9. On the last day of the event Plaintiff payed fifty-dollars ($50) to be driven to Defendant's location in Temple Hills, Maryland.
10. Plaintiff did not want to travel in vain thus Plaintiff telephoned Defendant a final time prior to paying to be driven to Defendant's location.
11. Defendant, again, informed Plaintiff that if Plaintiff have the winning hand Plaintiff has won the $5,000 gift certificate, would not be required to purchase anything and that Plaintiff was wasting time because it was the last day to claim the winning.
12. When Plaintiff arrived at Defendant's location and presented identification and the winning ticket to salesman, Plaintiff was told to go outside and select the car Plaintiff wished to purchase.
13. Plaintiff informed the salesman of the various telephone conversations wherein Plaintiff was informed that Plaintiff would not be required to make a purchase to receive the $5,000 winning.

14. The salesman then informed Plaintiff that the $5,000 winning is "your's" but it must be applied to the purchase of a vehicle.
15. Plaintiff then requested to speak to someone in charge.
16. A supervisor/manager (Plaintiff does not recall the title of the person in charge) informed Plaintiff that Plaintiff had won $5,000 but the only way to avail on the winning is to purchase a vehicle at the minimum cost of "$12,000".
17. Plaintiff then presented the advertisement to the supervisor which was mailed to Plaintif's home and asked the supervisor to explain what is meant by "no purchase necessary".
18. The supervisor referred Plaintiff to the "fine print", gave Plaintiff a gift certificate valued at $5,000 (Exhibit #2) and reiterated Plaintiff must purchase a vehicle at a minimum cost of $12, 000.
19. The supervisor suggested that Plaintiff submit certain vital information in hopes of final approval and expressed confidently that "we'll work something out".
20. Plaintiff informed the supervisor that Plaintiff have bad credit and was in the process of correcting that status and that Plaintiff's monthly income is only $623 (SSI disability) thus Plaintiff knew that Plaintiff could not afford to purchase a vehicle and would not have come to Defendant's business except that Plaintiff truly believed that Plaintiff was going to receive a gift certificate for $5,000 with "no purchase necessary" at Defendant's dealership.
21. The supervisor returned and stated that due to Plaintiff's credit standing Plaintiff would need a downpayment of $2,000 or a co-signer
22. Said advertisement of Defendant contained false, fraudulent, deceptive and misleading information.
23. In said advertisement, Defendant's statement "no purchase necessary" is a false statement.
24. Defendant knowingly and intelligently made said false statement.
25. Defendant made said false statement with the intent to deceive and/or mislead Plaintiff.
26. In said advertisement Defendant's statement "no purchase necessary" is a fraudulent statement in that it is an intentional, false representation of fact presented with the intent to induce Plaintiff to purchase a vehicle.
27. In said advertisement Defendant's statement "no purchase necessary" is false advertisement.

28. Defendant committed interstate mailfraud by using the United States Postal Service to deliver said fraudulent statement to Plaintiff.
29. When Defendant knowingly and intelligently mailed said false statement from the state of Maryland to the District of Columbia such act constituted interstate mailfraud.
30. Aforementioned advertisement did not state, imply or in any manner allude to purchasing a vehicle at the minimum cost of $12,000 in order to avail oneself of the $5,000 gift certificate.

Wherefore, for the foregoing reasons and for any additional reasons this Honorable Court may deem necessary, Plaintiff respectfully request a trial by jury and relief in the sum of one-hundred-thousand dollars ($100,000): $18,000 in liquidated damages; $41,000 in punitive damages; and $41,000 in excessive damages. (As Plaintiff is not an attorney nor have legal training, Plaintiff request not to be held to the high standard of an attorney.)

Respectfully submitted,

*Raymond Sanders*
Raymond Sanders









"Exhibit #1-B"



Nation Auto is dedicated to helping you save money!

**Log onto your personal website (below) for industry secret car buying tips and additional savings!**

**LIMITED TIME OFFER!**

www.myluckyoffer.com/NAT/1PC24190

**GO!**

Preferred Customer, receive a special vacation package just for stopping by.(5)

Preferred Customer, as a resident of Washington you are invited to attend this special sales event at Nation Auto. Hurry in and be the talk of Minnesota Ave Ne with your new vehicle from Nation Auto.

**EVENT HEADQUARTERS**
NATION AUTO
4533 St. Barnabas Rd.
Temple Hills, MD 20748

VOID AFTER OCTOBER 2, 2007

2987-6
14-3/2577

THIS IS NOT A CHECK

PAY TO THE
ORDER OF: __PREFERRED CUSTOMER__

__THREE THOUSAND SEVEN HUNDRED EIGHTY-ONE & 42/100__ DOLLARS

NON-NEGOTIABLE CERTIFICATE. HAS NO CASH VALUE.

MAXIMUM AMOUNT: $3800.00

$3,781.42 (4)

MEMO: __DOWN PAYMENT ASSISTANCE__

Void where prohibited. Voucher has no cash value. One voucher per vehicle purchased.

"001001" 12348727" 0986243" 896521477"

_KC Abassi_ AUTHORIZED SIGNATURE

## 6 DAYS ONLY!

# NATION AUTO

4533 St. Barnabas Rd. • Temple Hills, MD 20748

| THURSDAY SEPT. 27 9AM - 9PM | FRIDAY SEPT. 28 9AM - 9PM | SATURDAY SEPT. 29 9AM - 9PM | SUNDAY SEPT. 30 11AM - 5PM | MONDAY OCT. 1 9AM - 9PM | TUESDAY OCT. 2 9AM - 9PM |

**TOLL FREE EVENT HOTLINE: 1-866-509-9492**

4533 St. Barnabas Rd.

Nation Auto — Temple Hill Rd. / St. Barnabas Rd. / Beech Rd. / Branch Ave. / Bwy 1992 / 414 / 95 / 495 / Capital Beltway

(1) Limited quantity, first come, first served. Vehicles subject to prior sale. Example: 2007 Mazda Millenia (Stk #2901A) Original MSRP: $25,467. Sale Price: $2,546 plus tax, title, license and doc. fee. $55 per month for 60 months at 6.09% APR. Amount financed $2,770.07. Total of payments: $3,300. Additional down payment may be required for credit approval. Vehicle purchased, credit history and term determines down payment needed to reach $55 per month. (2) With approved credit. Vehicles subject to prior sale. (3) Maximum amount $1500. With credit score of 750 or greater. Your vehicle payment cannot exceed 20% of your gross monthly income, vehicle payment totaled with your current monthly payments must not exceed 50% of your gross income. Must be at least 18 years of age. Any equity deficit in your current vehicle must be paid or refinanced with new vehicle. Bankruptcies must be discharged. (4) With 750 beacon score. Non negotiable. Void where prohibited. Voucher has no cash value. One voucher per vehicle purchased. See dealer for details. (5) 3 day/2 night paid vacation to 1 of 26 destinations of your choice. See dealer for details. Customer responsible for all taxes, transportation and processing fees. Airfare not included. No purchases necessary. Restrictions apply. Retail value of $590. NO PURCHASE NECESSARY. A PURCHASE DOES NOT IMPROVE YOUR CHANCE OF WINNING. Gift certificate valid on purchased vehicle only. Not valid on parts, service or accessories. Void where prohibited. Has no cash value. Not redeemable for cash. One offer per vehicle purchased. This is not a rebate. Cannot be used in conjunction with any other offer on this flyer. Winning addresses must be 18 years or older, and must bring flyer and/or game piece to event location during the sale dates listed above to redeem prize. Dealer and/or event sponsor not responsible for lost, late or misdirected prize pieces. Not responsible for typographical errors. This Sweepstakes game is sponsored by the dealership listed on advertisement. Eligibility limited to U.S. residents. Any unclaimed prizes will not be awarded. See sponsor for complete rules. Odds of winning $5,000 gift certificate are 1:00,007:1,00,009. All taxes, shipping and handling charges plus processing fees are the responsibility of the prize winner. Odds of winning $250 racing gift certificate are 1:100,009. Odds of winning $100 Cash are 1:100,009. Photos are for illustration purposes only.

"Exhibit #2"

# Gift Certificate

**$5,000***

In the amount of: Five Thousand - and xx/100 dollars

Valid September 27 - October 2, 2007 during dealership hours.   No. 10603

## NATION AUTO OF MARLOW HEIGHTS
4533 St. Barnabas Rd. • Temple Hills, MD 20748

* Not redeemable for cash. Valid only toward purchase of a used vehicle. Minimum purchase of $12,000 required. Not valid on parts, service or accessories. This is not a rebate. See dealer for details. Non negotiable. Void where prohibited. One gift certificate per vehicle purchased. See dealer for details. Cannot be used in conjunction with any other offer.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-497
CKK

## I (a) PLAINTIFFS

Raymond Sanders

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE  N/A

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Nation Auto

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-00497
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/24/2008
Description: Civil Rights-Non. Employ

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### □ A. Antitrust
- □ 410 Antitrust

### □ B. Personal Injury/Malpractice
- □ 310 Airplane
- □ 315 Airplane Product Liability
- □ 320 Assault, Libel & Slander
- □ 330 Federal Employers Liability
- □ 340 Marine
- □ 345 Marine Product Liability
- □ 350 Motor Vehicle
- □ 355 Motor Vehicle Product Liability
- □ 360 Other Personal Injury
- □ 362 Medical Malpractice
- □ 365 Product Liability
- □ 368 Asbestos Product Liability

### □ C. Administrative Agency Review
- □ 151 Medicare Act

Social Security:
- □ 861 HIA ((1395ff)
- □ 862 Black Lung (923)
- □ 863 DIWC/DIWW (405(g)
- □ 864 SSID Title XVI
- □ 865 RSI (405(g)

Other Statutes
- □ 891 Agricultural Acts
- □ 892 Economic Stabilization Act
- □ 893 Environmental Matters
- □ 894 Energy Allocation Act
- □ 890 Other Statutory Actions (If Administrative Agency is Involved)

### □ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### □ E. General Civil (Other) OR □ F. Pro Se General Civil

**Real Property**
- □ 210 Land Condemnation
- □ 220 Foreclosure
- □ 230 Rent, Lease & Ejectment
- □ 240 Torts to Land
- □ 245 Tort Product Liability
- □ 290 All Other Real Property

**Personal Property**
- □ 370 Other Fraud
- □ 371 Truth in Lending
- □ 380 Other Personal Property Damage
- □ 385 Property Damage Product Liability

**Bankruptcy**
- □ 422 Appeal 28 USC 158
- □ 423 Withdrawal 28 USC 157

**Immigration**
- □ 462 Naturalization Application
- □ 463 Habeas Corpus- Alien Detainee
- □ 465 Other Immigration Actions

**Prisoner Petitions**
- □ 535 Death Penalty
- □ 540 Mandamus & Other
- □ 550 Civil Rights
- □ 555 Prison Condition

**Property Rights**
- □ 820 Copyrights
- □ 830 Patent
- □ 840 Trademark

**Federal Tax Suits**
- □ 870 Taxes (US plaintiff or defendant

- □ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- □ 610 Agriculture
- □ 620 Other Food &Drug
- □ 625 Drug Related Seizure of Property 21 USC 881
- □ 630 Liquor Laws
- □ 640 RR & Truck
- □ 650 Airline Regs
- □ 660 Occupational Safety/Health
- □ 690 Other

**Other Statutes**
- □ 400 State Reapportionment
- □ 430 Banks & Banking
- □ 450 Commerce/ICC Rates/etc.

- □ 460 Deportation
- □ 470 Racketeer Influenced & Corrupt Organizations
- □ 480 Consumer Credit
- □ 490 Cable/Satellite TV
- □ 810 Selective Service
- □ 850 Securities/Commodities/ Exchange
- □ 875 Customer Challenge 12 USC 3410
- □ 900 Appeal of fee determination under equal access to Justice
- □ 950 Constitutionality of State Statutes
- □ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ 100,000

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 3/24/08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there was a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.