**FILED**

# UNITED STATES DISTRICT COURT

MAR **2 4** 2008

District of    COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYMOND SANDERS

Plaintiff

V.

NATION AUTO

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:   08   0497

I, RAYMOND SANDERS _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

**in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the
relief sought in the complaint/petition/motion.**

**In support of this application, I answer the following questions under penalty of perjury:**

1.  Are you currently incarcerated?    ☐ Yes    ☑ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months'
    transactions.

2.  Are you currently employed?    ☐ Yes    ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the
        name and address of your employer.   (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer.
        July 22, 2007    Choice Fleet Service
        $330.00 weekly    6417 Loisdale Road, Suite 211
             Springfield, VA. 22150

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a. Business, profession or other self-employment | ☑ Yes | ☐ No |
    | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. Disability or workers compensation payments | ☑ Yes | ☒ No |
    | e. Gifts or inheritances | ☐ Yes | ☑ No |
    | f. Any other sources | ☑ Yes | ☐ No |

**RECEIVED**

FEB - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
amount received and what you expect you will continue to receive.**

2

Lawn care (mow grass) ; approximately $ 500 (July—September)

SSI    ($623.00 per month)

4. Do you have **any** cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  $23.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value.  1987 Ford truck (paid 620.00)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

   None

declare under penalty of perjury that the above information is true and correct.

___2-5-08___          _Raymond Sanders_
   Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, risoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| e application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge      Date | _Rosemary M. Collyer_   3/20/08<br>United States Judge      Date |