UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS, PLAINTIFF

VS.   CIVIL ACTION #080497CKK

NATION AUTO, DEFENDANT

MOTION IN RE SERVICE OF SUMMONS

Raymond Sanders, Plaintiff, respectfully move this Honorable Court, pursuant to Rule 4(c) (2) of the Federal Rules of Civil Procedure, to direct that service of summons be effected by United States marshal. (Summons enclosed).

Respectfully submitted,

*Raymond Sanders*