UNITED STATES DISTRICT COURT

FOR THE DISTRICT OT COLUMBIA

RAYMOND SANDERS, PLAINTIFF

VS.                                         CIVIL ACTION #080497 CKK

NATION AUTO, DEFENDANT

MOTION FOR APPOINTMENT OF COUNSEL

    Raymond Sanders, Plaintiff, respectfully move this Honorable Court to appoint counsel to assist plaintiff in the instant case. Plaintiff has communicated with several attorneys to request representation but was informed that, in spite of the seeming to have merit, it would not be worth their time to become involved. Therefore, if it is within the authority of this court to do so, plaintiff respectfully request that counsel be appointed.

Respectfully submitted,

*Raymond Sanders* (signature)
Raymond Sanders