U.S. District Court
District of Columbia (Washington, D.C.)
Civil Docket For Case #: 1:08-cv-00497-CKK

Raymond Sanders, Plaintiff
v.
Nation Auto, Defendant

## Change of Address

Plaintiff, Raymond Sanders, incorrectly stated address in original complaint as:

Raymond Sanders
4801 Minnesota Ave, NE, Apt. #32
Washington, D.C. 20019

The correct address is:

Raymond Sanders
4081 Minnesota Avenue, NE, Apt #32
Washington, D.C. 20019

RECEIVED
MAY 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Raymond Sanders*
Raymond Sanders