CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS
Plaintiff(s)

vs.

NATION AUTO
Defendant(s)

Civil Action No. 08 0497 CKK

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 16th day of June, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☑ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Raymond Sanders, Pro Se
Attorney for Plaintiff(s) [signature]

4081 Minnesota Ave., NE,
Apt. #32
Washington, D.C. 20019
(202) 904-1944

_____
Bar Id. Number

Name, Address and Telephone Number

RECEIVED
JUN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT