Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS

    Plaintiff(s)

v.

Civil Action No. 08-497 CKK

NATION AUTO

    Defendant(s)

RE: Defendant NATION AUTO

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/7/08, and an affidavit on behalf of the plaintiff having been filed, it is this 20 day of June, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk