UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS,

    PLAINTIFF

VS.                                                  CIVIL ACTION #080497

                                                              CKK

NATION AUTO

    DEFENDANT

MOTION FOR
DEFAULT JUDGEMENT

**RECEIVED**
**JUN 1 8 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Plaintiff, Raymond Sanders, respectfully move this Honorable Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter an Order of Default Judgement against Nation Auto, Defendant in instant case. As grounds for this motion plaintiff states as follows:

1. On March 28, 2008, this court granted plaintiff's Motion to Proceed In Forma Pauperis.

2. Return of Service/Affidavit indicated Summons and Complaint was served on Nation Auto on April 7, 2008 and that an answer was due on April 28, 2008.

3. Said Summons requested that defendant answer said Complaint within thirty (30) days after service of Complaint.

4. More than forty (40) days has past since the U.S. Marshall Service served defendant said Complaint.

Wherefore, for the foregoing reasons and any additional reasons this court deems appropriate, plaintiff respectfully request this court to enter Default Judgement against Nation Auto, Defendant and order defendant to pay plaintiff the relief setforth in plaintiff's Complaint for the sum of one-hundred thousand dollars ($100,000).

Respecrfully submitted

*Raymond Sanders*
Raymond Sanders
4081 Minnesota Avenue, NE , Apt. 32
Washington, D.C.  20019

Raymond Sanders
4081 Minnesota Ave., NE
Apt. #32
Washington D.C. 20019



Nation Auto,
Attn: Aman Abbasi, General Manager
4533 St. Barnabas Road
Temple Hills, Maryland 20748







**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 3110 0002 9808 8569

Postage  $0.59
Certified Fee  $2.70
Return Receipt Fee (Endorsement Required)  $2.20
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $5.49

Sent To: Nation Auto, Attn: Aman Abbasi, Manager
Street, Apt No.; or PO Box No.: 4533 St. Barnabas Road
City, State, Zip+4: Temple Hills, Maryland 20748

PS Form 3800, June 2002    See Reverse for Instructions

---

BENNING FINANCE STATION
WASHINGTON, District of Columbia
200192662
1050050206 - 0095
(202)523-2391    10:45:22 AM
06/17/2008

**Sales Receipt**

| Product Description | Qty Sale Unit Price | Final Price |
|---|---|---|
| 17c Big Horn Sheep PSA | 2  $0.17 | $0.34 |
| $1 Wisdom PSA | 5  $1.00 | $5.00 |
| 17c Big Horn Sheep PSA | 1  $0.17 | $0.17 |
| Letter Zone-1 First-Class TEMPLE HILLS MD 20748 1.10 oz. | | $0.59 |
| Return Rcpt (Green Card) | | $2.20 |
| Certified | | $2.70 |
| Label #: 70053110002980885569 | | |
| Customer Postage | | -$5.49 |
| Subtotal: | | $0.00 |

Total: $5.51
Paid by:
Cash  $6.00
Change Due: -$0.49

Order stamps at USPS.com/shop or call 1-800-Stamps24. Go to USPS.com/clickn ship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000501799406
Clerk: 10