UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS

      Plaintiff

v.                                     08-0497 CKK

NATION AUTO

      Defendant

MOTION TO QUASH SERVICE OF PROCESS AND
VACATE DEFAULT FOR LACK OF JURISDICTION

COMES NOW, Nation Auto Group of Marlow Heights, LLC, by Special Appearance of Counsel, and moves this Court to Quash Service of Process and Vacate the Default entered by the Clerk on 20 June 2008, and in support of said motion says further that:

1. Upon information and belief, this matter was originally filed by Plaintiff on or about 5 February 2008.

2. At some point prior to 7 April 2008, process was presented to the United States Marshal Service for service.

3. On or about 3 April 2008 the United States Marshal Service mailed a USM Form 299 to Nation Auto, 4533 St. Barnabas Rd., Temple Hills, MD 20748 by certified mail, without restricted delivery, and without identifying a registered agent or other authorized individual to accept delivery.

4. Process was not properly served upon Nation Auto of Marlow Heights in this matter, and it is not possible to identify on whom process was in fact served by the documentation in the Court file.

5. Nation Auto Group of Marlow Heights became aware of this matter when Aman Abbasi

received the Motion for Default Judgment mailed by Plaintiff on Nation Auto, Attn: Aman Abbasi, General Manager, 4533 St. Barnabas Rd. Temple Hills, MD 20748.

6. It is clear from Plaintiff serving the Motion for Default Judgment on Aman Abbasi, General Manager of Nation Auto that Plaintiff's intent in bringing this matter is to sue Nation Auto Group of Marlow Heights.

7. Nation Auto Group of Marlow Heights was not served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

8. Nation Auto Group of Marlow Heights was not served in accordance with Rule 4 of the DC Superior Court Rules.

9. Nation Auto Group of Marlow Heights was not served in accordance with Maryland rule 2-121.

10. Service of Process in this case is defective.

11. On or about 18 June 2008 Plaintiff moved this Court to enter a default judgment.

12. Mr. Sanders submitted to the Court a Motion for Default Judgment (document 10), that bears a false and misleading Attachment (at page 3 of document 10).

13. Mr. Sanders submitted a false and incomplete Affidavit in support of Default (document 8).

14. The Clerk of the Court relied upon the false and misleading information provided by Plaintiff to enter Default against Nation Auto on 20 June 2008.

15. Nation Auto Group of Marlow Heights was not properly served, this Court has never had jurisdiction over Nation Auto Group of Marlow Heights and therefore the Default is void for lack of jurisdiction.

16. The Default may further be vacated due to fraud or mistake.

17. If process is properly served upon Nation Auto Group of Marlow Heights, this matter will be diligently defended, beginning with a Motion to Dismiss under Rule 12(b)(6) based in part on the advertisements attached to the Complaint themselves, which reasonably indicate that the alleged false advertisements show that the odds of Plaintiff winning a gift certificate was 100,007:100,000; the odds of winning a $250 racing certificate was 1:100,000 and the chances of winning $100 was 1:100,000, that Plaintiff had won a Gift Certificate and that the prize had to be redeemed at Nation Auto Group of Marlow Heights during a September 27 to 2 October sale.

WHEREFORE, Defendant Nation Auto Group of Marlow Heights moves this court to Quash service of process in this matter and Vacate the Default entered in this matter on 20 June 2008.


Date: 9 July 2008                                      NATION AUTO GROUP OF
                                                       MARLOW HEIGHTS
                                                       By Special Appearance of Counsel


___/S/ Martin Mooradian_____
Martin Mooradian, Esq.
DC Bar: 441741
Counsel for Defendants
7700 Little River Tnpk #204
Annandale, VA  22003
(703) 256-6200
(703) 256-4851 (fax)
Mmooradian@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of July 2008 I have served by first class mail postage pre-paid a copy of the above document upon the Plaintiff at:

Raymond Sanders
4081 Minnesota Ave NE Apt #32
Washington, DC 20019

                                                        ____/s/Martin Mooradian____
                                                        Martin Mooradian, Esq.
                                                        DC Bar: 441741
                                                       7700 Little River Tnpk Suite 204
                                                       Annandale, VA 22003
                                                       (703) 256-6200
                                                       (703) 256-4851 fax
                                                       Mmooradian@cox.net