UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Sanders,            :
                            :
    Plaintiff,       :
v.                          :       Civil Action No. 08-0497 (CKK)
                            :
Nation Auto,                :
                            :
    Defendant.       :

ORDER

Defendant moves to quash service of process and to vacate the default entered by the Clerk on June 20, 2008. Defendant rightly asserts that proof of proper service is deficient; thus, the default will be vacated. Defendant acknowledges, however, that "the Motion for Default [Judgment] was properly addressed to an authorized recipient," namely, General Manager Aman Abbasi, at the business address in Temple Hills, Maryland. *Id*. at 4-5. Because plaintiff is proceeding *in forma pauperis*, the court officers are responsible for "issu[ing] and serv[ing] all process, and perform[ing] all duties in such cases." 28 U.S.C. § 1915(d). Moreover, the Court takes judicial notice of the fact that the Clerk's staff prepares the civil cover sheets in *in forma pauperis* cases. Plaintiff therefore is not faulted for what defendant suggests is "Plaintiff's false identification" of the case type to obtain *in forma pauperis* status. Def.'s Mem. at 1. Accordingly, it is this 10th day of July 2008,

ORDERED that defendant's motion to vacate the Clerk's entry of default [Dkt. No. 11] is GRANTED, and the Default [Dkt. No. 9] is hereby VACATED; it is

FURTHER ORDERED that defendant's motion to quash service of process [Dkt. No. 11] is DENIED; it is

FURTHER ORDERED that plaintiff's motion for default judgment [Dkt. No. 10] is DENIED; and it is

FURTHER ORDERED that the United States Marshals Service shall re-attempt service of process upon defendant Nation Auto Group of Marlow Heights at 4533 Saint Barnabas Road, Temple Hills, Maryland 20748, <u>to the attention of General Manager Aman Abbasi</u>, who defendant represents as the individual authorized to accept service of process.[1]

```
                                    _____s/_____
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge
```

---

[1] *See* Def.'s Mem. at 4 (by serving Aman Abbasi the motion for default judgment, "[p]laintiff knew or had readily available to him all the information he needed to properly serve Nation Auto Group of Marlow Heights").