UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS

    Plaintiff

v.　　　　　　　　　　　　　　　08-0497 CKK

NATION AUTO

    Defendant

DEFENDANT NATION AUTO GROUP OF MARLOW HEIGHTS
RULE 12(b)(1) AND 12(b0(6) MOTIONS TO DISMISS

COMES NOW, Nation Auto Group of Marlow Heights, LLC, by Counsel, and moves this Court under Fed R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to dismiss this matter against it, and in support of said motion says further that:

LACK OF SUBJECT MATTER JURISDICTION

1. The Complaint does not identify any statute through which Plaintiff asserts federal jurisdiction.

2. The Civil Cover Sheet alleges jurisdiction under 42 U.S.C. 1983, Civil Action For Deprivation of Rights.

3. The Complaint is devoid of any allegation that Nation Auto acted under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia.

4. The Complaint is devoid of any allegation that Plaintiff was subjected to or caused to be subjected to the deprivation of any right, privilege, or immunity secured by the Constitution and laws of the United States.

5. The Complaint does not justify jurisdiction under 42 U.S.C. 1983.

6. The body of the Complaint references the term "interstate mail fraud," which would likely fall under 18 U.S.C. 1341, Mail Fraud but that statute is a criminal statute and does not grant a private right to sue.

7. Plaintiff has failed to assert a claim against Defendant for which relief can be granted

WHEREFORE, Defendant Nation Auto Group of Marlow Heights moves this court to Dismiss this matter against it for failure to assert jurisdiction and for failure to state a claim for which relief can be granted.

Date: 15 July 2008                                    NATION AUTO GROUP OF
                                                                        MARLOW HEIGHTS
                                                                        By Counsel

   /S/ Martin Mooradian
Martin Mooradian, Esq.
DC Bar: 441741
Counsel for Defendants
7700 Little River Tnpk #204
Annandale, VA  22003
(703) 256-6200
(703) 256-4851 (fax)
Mmooradian@cox.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of July 2008 I have served by first class mail postage pre-paid a copy of the above document upon the Plaintiff at:

Raymond Sanders
4081 Minnesota Ave NE Apt #32
Washington, DC 20019

                                                ____/s/Martin Mooradian____
                                                Martin Mooradian, Esq.
                                                DC Bar: 441741
                                                7700 Little River Tnpk Suite 204
                                                Annandale, VA 22003
                                                (703) 256-6200
                                                (703) 256-4851 fax
                                                Mmooradian@cox.net