UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS

    PLAINTIFF

V.                                            08-0497   CKK

NATION AUTO

    DEFENDANT

*RECEIVED JUL 2 1 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT*

## MOTION FOR EXTENTION OF TIME

    Raymond Sanders, Plaintiff, move this honorable court for an extention of time to respond to defendant's Motion To Quash Service Of Process And Vacate Default. As grounds for this motion defendant states as follows.

1. On Tuesday, July 15, 2008 plaintiff received a copy of said motion from defendant.
2. Defendant's motion accuses plaintiff of false statements and deceit in an attempt to influence the clerk of court to enter a default judgement against defendant.
3. Defendant also accuse plaintiff of serving process on the wrong party when plaintiff knew or could have easily ascertained the identity of the right party.
4. Plaintiff need time to prepare his response to defendant's motion, especially defendant's claim that this court does not have jurisdiction in the instant case.

Wherefore, plaintiff respectfully move this honorable court to grant plaintiff's Motion For Extention Of Time.

                                                    Respectfully submitted,

                                                    Raymond Sanders
                                                    4081 Minnesota Avenue, NE
                                                    Apartment #32
                                                    Washington, D.C. 20019

                                                    (202)904-1944

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2008 I have served by first class mail postage prepaid a copy of the above document upon defendant at:

      Martin Mooradian, Esq.
      DC Bar #441741
      7700 Little River Turnpike
      Suite 204
      Annandale, Virginia 22003

      Raymond Sanders
      4081 Minnesota Ave., NE
      Apt. #32
      Washington, D.C. 20019