UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Sanders,                  :
                                  :
            Plaintiff,            :
      v.                          :     Civil Action No. 08-0497 (CKK)
                                  :
Nation Auto,                      :
                                  :
            Defendant.            :

## ORDER

This matter is before the Court on defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6).  Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b).  Accordingly, it is this 22nd day of July 2008,

ORDERED that plaintiff shall respond to defendant's motion to dismiss by **August 25, 2008**.  If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the complaint.  It is further

ORDERED that plaintiff's motion for an extension of time to respond to defendant's motion to quash service of process and to vacate default [Dkt. No. 16] is DENIED as moot, inasmuch as the motion was resolved by Order of July 10, 2008 [Dkt. No. 13].

                            _____s/s_____
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge