UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RAYMOND SANDERS

PLAINTIFF

V.                                                          08-0497 CKK

NATION AUTO

DEFENDANT

RENEW
MOTION FOR APPOINTMENT OF COUNCEL


Raymond Sanders, Plaintiff, respectfully move this Honorable Court to appoint councel, pro bono, to assist plaintiff in the instant case. In support of this motion plaintiff states as follows:

1. Plaintiff has discussed this case with several attorneys and each indicated it would not be worth their time monetarily in spite of the merits.
2. Plaintiff does not have access to the legal books needed to prepare a response to defendant's opposition.
3. The Martin Luther King Public Library does not have the materials needed to research this case.
4. The assistance of councel would prevent plaintiff from making additional legal errors.
5. This case would not be so time consuming, due to plaintiff's ignorance of law and procedure, if plaintiff had the assistance of councel.

Wherefore, for the foregoing and for any reason(s) this court deems necessary, plaintiff respectfully request that councel be appointed in the instant case.

Respectfully submitted,

Raymond Sanders

## CERTIFICATE OF ASERVICE

I hereby certify that a copy of the foregoing Motion To Appoint Councel was forwarded this 23rd day of July 2008 to:

Martin Mooradian, esq.
7700 Little River Turnpike, Suite 204
Annandale, Virginia 22003

Apt. 32

Raymond Sanders
4081 Minnesota Avenue, NE,

Washington, DC  20019

(202) 904-1944

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND SANDERS

        PLAINTIFF

V.                                                                                                                    08-0497  CKK

NATION AUTO

        DEFENDANT

MOTION FOR EXTENTION OF TIME
IN RE DEFENDANT'S MOTION TO DISMISS

      Raymond Sanders, Plaintiff, Pro Se, respectfully move this Honorable Court for an extention of time to respond to defendant's Rule 12(b)(1) and 12(b)(6) Motions To Dismiss. As grounds for this motion plaintiff state as follows:

1. Plaintiff received a copy of defendant's motion to dismiss on Friday, July 18, 2008 .

2. In defendant's certificate of service defendant "certify" that a copy of defendant's motion to dismiss was served via first class mail on "July 9, 2008.

3. The envelope inwhich defendant mailed a copy of the motion to plaintiff is postmarked "July 15, 2008", six days after said certification date (a copy of defendant's envelope is enclosed as Exhibit #1).

4. Plaintiff went Martin Luther King Library on Monday, July 21st to do legal research in preparation of a defense to defendant's motion to dismiss but this library did not have the federal or Maryland legal books which are essential to legal research.

5. Plaintiff must locate another library which have the basic federal, Maryland and District of Columbia legal  books.

6.  For defendant not to mail the motion to plaintiff at the same time it was mailed/delivered to the court gives defendant an unfair advantage as it relates plaintiff preparing a response prior to the court's ruling.

Wherefore, plaintiff respectfully request that this Honorable Court grant plaintiff's Motion For Extention Of Time.

Respectfully submitted,

Raymond Sanders

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Extention Of Time was mailed to defendant's attorney at:
  Martin Mooradian, Esq.
  7700 Little River Turnpike, Suite 204
  Annandale, Virginia 22003
on this 22nd day of July, 2008.

Raymond Sanders
4081 Minnesota Ave., NE
  Apt. 32
Washington, D.C. 20019



$1.000 US POSTAGE FIRST-CLASS FROM 22003 JUL 15 2008 stamps.com

062S0005680518

MARTIN MOORADIAN
7700 LITTLE RIVER TPKE STE 204
ANNANDALE, VA 22003

Raymond Sanders
4081 Minnesota Ave NE Apt 32
Washington DC 20019-3588