UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Raymond Sanders, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0497 (CKK) |
| | : | |
| Nation Auto, | : | |
| | : | |
| Defendant. | : | |

ORDER

Plaintiff has renewed his motion for the appointment of counsel. He has provided no grounds for reconsidering the previous order denying his request. Accordingly, for the reasons stated in the Order of April 10, 2008, it is

ORDERED that plaintiff's renewed motion for appointment of counsel [Dkt. No. 18] is DENIED. Plaintiff is reminded of his obligation to respond by August 25, 2008, to defendant's motion to dismiss or, as previously advised, risk dismissal of the case.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: August 5, 2008